GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Andrea A. Wirum, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

TT Globe Trotter USA, LLC dba Karikter,
aka TT Globe Trotter USA, LLC a
Wyoming Limited Liability Company,

Debtor.

Case No. 14-31073

Chapter 7

**TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY**

Andrea A. Wirum, trustee ("Trustee") of the chapter 7 estate of TT Globe Trotter, USA, LLC ("Debtor") intends to sell tangible personal property of the estate including inventory and furnishings as described below, and respectfully represents as follows.

1. The Debtor filed its voluntary Chapter 7 petition on July 18, 2014. The Trustee was appointed as Chapter 7 Trustee of the Debtor's estate.

2. The Debtor operated a retail sales business located at 418 Sutter Street, San Francisco, California ("Premises"). The Debtor rented the Premises pursuant to a month-to-month lease at $6,600 per month.

3. According to the Debtor's schedules, property of the estate includes inventory consisting of approximately 1,650 collectible items, including comic books, comic collectibles,

1

houseware items, cds and dvds, books, posters, toys and games, health and beauty products, and gourmet food items (collectively, "Inventory") having a value of $44,000, as well as office equipment, furnishings and supplies consisting of display cases, computers, phones, desk, small kitchen appliances, tools, ladders and packing material (collectively, "Furnishings") having a value of $800.

4. The Inventory and Furnishings are located at the Premises.

5. The Trustee has employed Harvey Bendix Auctioneer as her Sales Agent, subject to Court approval, to conduct a liquidation sale of the Inventory and Furnishings (the "Subject Assets") to the general public. The liquidation sale will take place at the Premises starting on Saturday, August 2 and ending on Sunday, August 10, 2014 ("Sale Period"), which includes two weekends. The landlord for the Premises consents to a liquidation sale being conducted by the Trustee's Sale Agent at the Premises during the Sale Period. The liquidation sale will take place at the Premises because it is not economically feasible to handle and transport the Inventory, which consists of approximately 1,650 small items of collectibles and knick knacks.

6. The Trustee is not aware of any liens or encumbrances against the Inventory and Furnishings. The Debtor has listed no secured debt in his Schedule D.

7. The Trustee is applying for an order shortening time for notice of the proposed sale and opportunity for objections in order to minimize the accrual of administrative rent for the Premises.

WHEREFORE, the Trustee requests an order approving the Trustee's sale of the personal property as described hereinabove, subject to the objection period contained in the accompanying Notice of Trustee's Sale of Personal Property.

DATED: July 23, 2014

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation


By:    /s/ Katherine D. Ray
      Attorneys for Andrea A. Wirum, Trustee

2

10957 144082