GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Andrea A. Wirum, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

TT Globe Trotter USA, LLC dba Karikter,
aka TT Globe Trotter USA, LLC a
Wyoming Limited Liability Company,

Debtor.

Case No. 14-31073

Chapter 7

### NOTICE OF TRUSTEE'S SALE OF PERSONAL PROPERTY

**TO: THE DEBTOR, ALL CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE**, hereby given, that Andrea A. Wirum, trustee ("Trustee") of the chapter 7 estate of TT Globe Trotter USA, LLC, dba Karikter ("Debtor"), intends to sell the following tangible personal property of the Debtor's estate: (a) inventory consisting of approximately 1,650 collectible items, including comic books, comic collectibles, houseware items, cds and dvds, books, posters, toys and games, health and beauty products, and gourmet food items ("Inventory"), and (b) office equipment, furnishings and supplies consisting of display cases, computers, phones, desk, small kitchen appliances, tools, ladders and packing material (collectively, "Furnishings"). The Inventory and Furnishings (the "Subject Assets") are located at 418 Sutter Street, San Francisco, California ("Premises"). The sale will be conducted at the Premises beginning on Saturday, August 2, 2014 and concluding on Sunday, August 10, 2014. All sales will be final. Purchases will be made by cash or credit card only; no store credits will be honored at the liquidation sale.

Subject to Court approval, the Trustee has employed Harvey Bendix Auctioneers as her Sales

Agent to conduct the liquidation sale of the Subject Assets at the usual and customary rate of 10% of the gross sales price, plus reimbursement of expenses not to exceed $600. Following the sale, the Trustee will request approval of the Sales Agent's fees and expenses.

**PLEASE TAKE FURTHER NOTICE** that the Court entered an Order Shortening Time for objections to the proposed sale. In the event that a creditor or other party-in-interest wishes to object to, or request a hearing on, the matter or matters described herein, any party who objects to the liquidation sale must file with the above-captioned court and serve upon Trustee's counsel of record, at the address indicated herein, by hand-delivery or electronic transmission a request for a hearing by July 31, 2014. Any objection or request for a hearing must be accompanied by a declaration or memorandum of law that the requesting or objecting party wishes to present in support of its position. In the event that a requesting or objecting party timely files and serves a request for hearing, together with the appropriate accompanying documents, the Trustee will schedule a hearing date and time with the court and will provide the objecting or requesting party with at least seven (7) days written notice thereof. If there are no timely objections or requests for a hearing, the Trustee will proceed with the sale and thereafter request that the court enter an order approving the sales and the auctioneer's fees and expenses without further notice or a hearing.

DATED: July 23, 2014                GOLDBERG, STINNETT, DAVIS & LINCHEY
                                    A Professional Corporation


                                    By:   /s/ Katherine D. Ray
                                          Attorneys for Andrea A. Wirum, Trustee

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 850, San Francisco, California 94104; that on the date set out below, I served a copy of the following:

## NOTICE OF TRUSTEE'S SALE OF PERSONAL PROPERTY

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 23, 2014.

/s/ MARIA VELASQUEZ

See attached service list

```
Label Matrix for local noticing          AT&T                                   AT&T U verse
0971-3                                   P.O. Box 78522                         P.O. Box 5014
Case 14-31073                            Phoenix, AZ 85062-8522                 Carol Stream, IL 60197-5014
Northern District of California
San Francisco
Wed Jul 23 10:30:22 PDT 2014

Agnes Ken Yuan Leong                     Alder, Lynne                           Allied Insurance
569 - 4th Ave.                           575 Sunlit lane                        SST INS Brokers inc
San Francisco, CA 94118-3926             Santa Cruz Ca 95060-9634               PO Box 1489
                                                                                Sonoma, CA 95476-1489


Amisha Hada                              Andres Cely                            Andrew Faulk
1589 E Colora Blvd,                      1749 Bird Hill Ct.                     526 Dunncan St.
Pasadena ,Ca 91106                       Danville, CA 94526-5621                San Francisco Ca 94131-1928


Ankeny Minoux                            Appel, Dan                             Armstrong, Nicholas
1661 Sugarload Dr.                       1272 34 th Ave                         3305 S 20th St. #180
San Mateo, CA 94403-3947                 San Francisco Ca 94122-1307            Milwaukee, WI 53215-4941


Arnesen, Larry                           Arthur West, CPA                       Asif Naseema
31 Sunset Dr.                            15500 Nancy Way                        219 W 7th St. Unit 401
Watsonville, CA 95076-9653               Grass Valley, CA 95949-7012            Los Angeles, CA 90014-1949


Authorize.net                            Bacon, Shawn                           Baggu
P.O. Box 947                             3515 SW Barrur Blvd. Q 2               242 Wythe Ave., No. 6
American Fork UT 84003-0947              Portland OR 97239-4156                 Brooklyn, NY 11249-3151


Barbara Baer                             Barbara Cramer                         Barton, Michael
831 Oxford St.                           15 Orr Ct.                             1834 Gunston Way
Berkeley  94707-2013                     Alameda, CA 94502-7766                 San Jose, CA 95124-3608


Becker, Sarah                            Beckett Williams                       Belluomini, Sandy
2350 Craig Ct.                           186 Ashbourne Rd.                      432 - 23rd Ave.
Mountain View, CA 94043-2725             Rochester Ny 14618-1702                San Mateo CA 94403-2242


Bernardo Sim                             Bernstein, Gail                        Beverly Lambert
537 Foundry Ct.                          6 Front St.                            1330 4th St. Apt 7
San Jose, CA 95133-2323                  San Francisco CA 94111                 San Rafael, CA 94901-6806


(c)BLAYLOCK JOHN                         Boediman Indrawan                      Bonner, Diane
2001 CROW CANYON RD STE 110              695 John Muir Dr, Apt F418             2127 Eastview Pl.
SAN RAMON CA  94583-5388                 San Francisco, CA 94132-6282           Martinez, CA 94553-5059
```

Borras, Jane
4625 Ulloa St.
San Francisco, CA 94116-2036

Brice Laney
1846 McAllister St.
San Francisco, CA 94115-4321

Brog, Tracey
1140 Upper Happy Valley Rd.
Lafayette, CA 94549-2841

Brown, John
14 Christian Ct,
Belmont, CA 94002-1230

Buddha Board Inc.
1529 W. 6th Ave., Suite 103
Vancouver, BC  Canada V6J 1R1

Burgess
8000  Gilman Dr,
La Jolla CA 92093-0001

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

CIE Luxe Brands
6062 Corte Del Cedro
Carlsbad, CA 92011-1514

Carol Bale Malcolm
281 Addison Ave.
Palo Alto, CA 94301-2703

Carole Economal
85 OrindaTheatre Square
Orinda, CA 94563

Carriveau, Maia
1517 Wallar St. # 5
San Francisco, Ca 94117-2836

Cath Morrison
42 Abbotts Way
Remuera, Auckland   1050
New Zealand

Celikbas Muruvvet
290 Lombard St. Apt. 50
San Francisco, CA 94133-2400

Chantler, Tom
5634 Glenbrook Dr.
Oakland, CA 94618-1722

Chen, Michelle
5020 Congress Ave.
Oakland CA 94601-5402

Chen, Nikki
2452 Fillmore St. Apt 1
San Francisco CA 94115-1855

Cheng, Felix
244 Woodbridge Circle
San Mateo CA 94403-4929

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacrament, CA 94230-0001

Chinn, Melanie
719 Grant Ave.
San Francisco CA 94108-2186

Chou Pang-Yen
201 Miramonte Dr.
Moraga CA 94556-1065

Chultz, Susan
2301 Bay St.
San Francisco, Ca 94123-1864

Clark, Tanya
2374 Union St.
San Francisco CA 94123-3906

Coker, Sharon
3157 Valley Green, Ln,
Napa, CA 94558-5416

Conner Noel
3221 Oyster Bay
Davis, Ca 95616-2669

Constantine, Julie
119 Forbes Ave.
San Rafael CA 94901-1742

Cosby, Ann
3461 Jackson St.
San Francisco, Ca 94118-2020

Costarella, Vito
15689 Front Beach Rd.
Panama city,  FL 32413

Culvery, Dory
1800 22nd Ave Apt 202
San Francisco CA 94122-4442

Cyman Partnership
P.O. Box 29031
San Francisco, CA 94129-0031

Daniel Syme
5015 Valley Crest Dr. Apt 119
Concord CA 94521-3085

Daugherty, Ann
1423 16th Ave.
San Francisco CA 94122-3509

Davidson, Stewart
PO Box 26354
San Francisco CA 94126-6354

Dennis D. Davis
Goldberg, Stinnett, Davis and Linchey
44 Montgomery St. #850
San Francisco, CA 94104-4895

Debbie Mulcahey
481 York Court
Sonoma, CA 95476-7153

Deem, Janice
34 Tamalpis Ave.
San Anselmo,Ca 94960-2122

Dehennis, Linda
2261 Market St. #333
San Francisco  94114-1600

Dejong, Shannon
8201 Golf Course Rd. N.W. D-3 #250
Albuquerque NM 87120-5842

Destler, Alexandra
380 Washington St.
Oakland CA 94607-3800

Dhaya Jay
1704 Temple Ave.
Nashville TN 37215-3527

Diridoni, Susan
23 Southland Mall Dirive
Hayward, Ca 94545-2125

Dobes, Debra
2827 Commonwealth Ave.
Jacksonville FL 32254-2501

Docey, Jill
50 Francisco, Third Floor
San Francisco, CA 94133-2107

Doerfler, John
5085 Cedar Lane
La Mesa Ca 91941-4229

Donna Kranhold
1004 Trillium Ln.
Mill Valley CA 94941-3735

Duclos, Lucie
30 Crestwood Dr.
San Rafael CA 94901-1120

Eco Reco
1608 W. Campbell Ave., #280
Campbell, CA 95008-1535

Educational Development Corp.
P.O. Box 472037
Tulsa, OK  74147-2037

Edward Gerard Pope
143 Loweterrace St.
San Francisco, CA 94114

Ehling, Jeremy
5698 - 3rd St. #256
San Francisco Ca 94124-2608

Ellen Krantz
360 Guerrero St. Apt 214
San Francisco CA 94103-3375

Emi Sullivan
787 Encina Grande
Palo Alto, CA 94306-3148

Enna Chiu
1726 Pierce St.
San Francisco CA 94115-3108

Estate of Charles Albert Shumate
c/o Andrew C. McLaughlin, III
P.O. Box 29031
San Francisco, CA 94129-0031

Estate of Charles Albert Shumate
c/o Cyman Partnership
P.O. Box 29031
San Francisco, CA 94129-0031

Evans, Liz
1736 Bancroft Way
Berkeley, Ca 94703-1757

Fair, Jean
276 Beach Rd. Belvedere
Tiburon CA 94920-2472

Faure Hidegarde
1569 Folsom St. Ste 156
San Francisco CA.94103

Fernstrom, Desiree
440 A. Chesnut St.
San Francisco, Ca 94133-7087

Finkelstein, Jim
3916 Garrison St. NW
Washington DC 20016-4220

| | | |
|---|---|---|
| Fisher Naay<br>28325 Center Ridge Rd Apt C21<br>Westlake OH 44145-3852 | Flick, Christine<br>85 Clearly Ct. Apt 7<br>San Francisco CA 94109-6518 | Footer, Patrice<br>244 Lakeside Dr. Apt 11<br>Oakland CA 94612-3555 |
| Frances Leigh Ford<br>300 Gilchrist St. SW<br>Hartselle AL 35640-4040 | Friedman, Simon<br>3841 Keswick Rd.<br>La Canada, Ca 91011-3945 | Gardner, Daniel<br>27 Elmwood Ave.<br>West Long Branch NJ 07764-1820 |
| Garvin, Margaret<br>439 Courtland Avenue,<br>San Francisco Ca 94110-5553 | Gaut, Andrea<br>889 Serramonte Blvd,<br>Daly city, CA 94014 | Gebbia, Joe<br>19 Rausch St. Unit C<br>San Francisco CA 94103-3973 |
| George JK<br>6891 Gary St.<br>San Francisco CA 94121 | Gilligan, Sara<br>2140 Hyde st. Suit 302<br>San Francisco, Ca 94109-1704 | Gilmore, Amy<br>762 - 20th Ave<br>San Francisco Ca 94121-3806 |
| Gonos, Mike<br>1598 N Beoadway,<br>Walnut Creek, Ca 94596 | Gordon, Jeff<br>8 Chavcer Ct.<br>Mill Valley Ca 94941-2206 | Gordon, Mary<br>1547 Quesada Ave.<br>San Francisco CA 94124-2773 |
| Grace Martin<br>589 E Vineyard Ave,<br>Livermore,Ca 94550 | Grob, Lesley<br>88 Howard st.<br>San Francisco, Ca 94105-1645 | Gross, Dawn<br>1 Belgrave Ave.<br>San Francisco CA 94117-4225 |
| Gutierrez, Ismenia<br>41 Crestwood Apt. 18<br>Daly City, Ca 94015-3213 | Hachette Book Group<br>P.O. Box 8828 JFK Station<br>Boston, MA 02114-0038 | Halim Shinta<br>1630 12th Ave.<br>San Francisco CA 94122-3516 |
| Hallstead, Diana<br>616 Noriega St.<br>San Francisco CA 94122-4616 | Handa Sajeev<br>385 Westminster St., 3 C<br>Providence RI 02903-3261 | Hartley, William<br>163 Carl St.<br>San Francisco CA 94117-3920 |
| Hasson, Paul<br>5689 S Main St,<br>Fort Bragg, Ca 95437 | Hatta T<br>11690 Montana Ave. Apt. 303<br>Los Angeles CA 90049-4671 | Hayashi Misato<br>14958 Leadwell St.<br>Van Nuys CA 91405-1729 |
| Hazelkorn, Karin<br>3655 Fillmore St. Apt 11<br>San Francisco CA 94123-1610 | Heartland Payment Systems<br>90 Nassau Street<br>Princeton, NJ 08542-4529 | Heath, Christian<br>1892 Haight St.<br>San francisco,Ca 94117 |

| | | |
|---|---|---|
| Herrera, Maria Martha<br>240 Armour Ave. Apt 4<br>South San Francisco CA 94080-2870 | Hinckle, Elizabeth<br>901 Rose Ave. Apt 4<br>Oakland CA 94611-4366 | Hing, Grace<br>2320 Coloma St. Apt 1<br>Oakland CA 94602-2302 |
| Hitchcock, Victoria<br>30 Oak Knoll Dr.<br>San Anselmo CA 94960-1117 | Hobb, Ellen<br>1734 Martin Luther King St.<br>Berkeley, Ca 94709-2140 | Hunter, Diana<br>500 Oakcrest Rd.<br>San Anselmo Ca 94960-1248 |
| Huynh, Jenny<br>2120 18 th Ave<br>San Francisco, Ca 94116-1856 | I am Jacaquline<br>3058 California St.<br>Mountain View, Ca. 94040 | Ingber, Catherine<br>31 Sussex St.<br>San Francisco CA 94131-3011 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Jacob Mark<br>3216 Muir Ct.<br>Antioch CA 94509-5238 | Jacoby, Laura<br>428 Arguello Blvd<br>San Francisco CA 94118-2505 |
| Jennifer Roy<br>26 Hayman Ave.<br>San Francisco, Ca 94110-5126 | Jessup, Susan<br>1786 34th Ave.<br>San Francisco CA 94122-4108 | Joel Erb, Esq.<br>Pioneer Law Group, LLP<br>431 - I Street, Suite 201<br>Sacramento, CA 95814-2320 |
| Johnston, Molly<br>1133 Filbert St. #A<br>San Francisco CA 94109-1711 | Jols, Michael<br>865 Valencia St.<br>San Francisco ,CA 94110 | Joseph Arleo<br>30 Winfield St.<br>San Francisco CA 94110-5141 |
| Judd, Dawn<br>888 Minnesota St.<br>San Francisco CA 94107-3010 | Julie Green<br>190 27th St.<br>San Francisco CA 94110-4313 | Jung Lee<br>451 Huron Ave.<br>San Francisco CA 94112-3656 |
| Kabonga, Sherry<br>3718 Cresta Bonita Dr.<br>Bonita, Ca 91902-1104 | Kala Corp<br>1655 Elmwood Ave., Bldg 44<br>Cranston, RI 02910-4933 | Kamada, Jill<br>90 Coleman Dr.<br>San Rafael CA 94901-1918 |
| Karin Anderson<br>27 Alta St.<br>San Francisco CA 94133-3501 | Kathryn Wells<br>842 Lyon St.<br>San Francisco CA 94115-4317 | Keye, Allison<br>1110 Keith Ave<br>Berkeley Ca 94708-1607 |
| Kikkerland Design, Inc.<br>666 Broadway, 4th Floor<br>New York, NY 10012-2341 | Kim Cherrie<br>820 Arthur St.<br>Novato CA 94947-4491 | King, Shirley<br>1000 N Point St.<br>San Francisco CA 94109-8301 |

| | | |
|---|---|---|
| Kiss That Frog<br>2310 - 4th Street<br>Berkeley, CA 94710-2402 | Kitson, Jim<br>195 Rincon Dr.<br>Grand Junction, CO 81503-2283 | Kliban, Sarah<br>9856 Cesar Chavez St.<br>San Francisco Ca. 94110 |
| Kofler Votheo<br>1390 Castro St.<br>San Francisco ca. 94114 | Kohloss, Debrah<br>686 - 3rd Ave.<br>San Francisco CA 94118-3907 | Kristin Archer Tatham<br>3806 Clay St.<br>San Francisco CA 94118-1616 |
| Krueger, James<br>2065 Main St.<br>Wailuku, HI 96793-1693 | Krupa, Amy<br>776 Muirfield Circle<br>Atlantis FL 33462-1231 | Kuwajima Kaoru<br>5698 Beach Park Blvd,<br>Foster City, Ca.94404 |
| Lanyu Xu<br>1569 Aurora Ave,<br>Naperville, IL 60540 | Shaye Larkin<br>Law Offices of Shaye Larkin<br>631 O'Farrell St. #615<br>San Francisco, CA 94109-7427 | Last Gasp<br>777 Florida St.<br>San Francisco, CA 94110-2025 |
| Lency Rahardjo<br>965 Sutter St.<br>San Francisco, Ca 94109-6068 | Leviten, Marcia<br>295 - 21st Ave Apt 14<br>San Francisco CA 94121-2143 | Lewis Eden<br>2235 - 3rd St.<br>San Francisco, CA 94107-2105 |
| Li, Shirley<br>1861 - 37th Ave.<br>San Francisco CA 94122-4144 | Linda Kanarek<br>3450 Sacrament St.<br>San Francisco CA 94118-1914 | Linda Spence<br>14 Oak Mountain Ct.<br>San Rafael CA 94903-1038 |
| Lisbona Borian<br>815 14 St,<br>San Francisco CA 94114 | Lucie Duffort<br>208 Beryl St.<br>Mill Valley Ca 94941-3510 | Lukis Rimas<br>85 Bridgeway<br>Sausalito,Ca,94965 |
| MEP Inc.<br>8154 N. Ridgeway<br>Skokie, IL 60076-3318 | Macfarlen IK<br>695 E San Fernando St.<br>San Jose, CA. 95112 | Macis, Yvonne<br>1458 Rosalina Avenue,<br>Sunnyvale, California 94087 |
| Malone, Anne<br>223 Joost Ave.<br>San Francisco, Ca 94131-3137 | Mandarina Duck S.P.A.<br>Via Minghetti 13<br>40057 Cadriano di Granarolo Emilia<br>BO Italy | Mari Sahu<br>1914 Golden Gate Ave. Apt C<br>San Francisco CA 94115-4313 |
| Mark Tellini<br>120 25th Ave<br>San Francisco CA 94121-1107 | Marshall Craig<br>1165 Pierce St.<br>San Francisco CA 94115-4011 | Martin Heather<br>11754 Serra Ct.<br>Dublin CA 94568-1359 |

| | | |
|---|---|---|
| Martin Madden<br>308 Corrillo Dr.<br>San Rafael CA 94903-3909 | Marty Nancy<br>1900 Glen Ave<br>San Bruno CA 94066-4724 | Mascoli, Anita<br>1042 Sierra St.<br>Berkeley CA 94707-2527 |
| Matsuda Naoko<br>1569 Clay St.<br>San Francisco, CA 94109-3801 | Matthew Stovall<br>2542 Sutter Street<br>San Francisco, CA 94115-2923 | Mcclung, Mary<br>1419 - 33rd Ave.<br>San Francisco CA 94122-3142 |
| Meiswinkel, Diane<br>1920 Dennis Ln<br>Santa Rosa CA 95403 | Melissa and Doug<br>P.O. Box 590<br>Westport, CT 06881-0590 | Mendoza, Jorge<br>PO. Box 9066611<br>San Juan, PR 009066611 |
| Menon, Elizibeth<br>920 Leavenworth St Apt 301<br>San Francisco CA 94109-4907 | Meyerson, Maris<br>4856 Golf Links Rd.<br>Oakland,CA.94605 | Michael Bordokoff<br>5600 Southern Blvd,<br>Bronx, NY 10460 |
| Miki Iwai<br>187 Richards St.<br>Honolulu, HI 66813 | Miller, C & R<br>537 View St.<br>Mountain View, Ca. 94041-2041 | Millett, Christina<br>189 S Puunene Ave,<br>Kahului, HI 96732 |
| Milligan, Jeanne<br>1220 Ellis St Apt 12<br>San Francisco CA 94109-7648 | Minott, Catherine<br>745 Oakhill Rd<br>Aptos CA 95003-3526 | Mizu Hara<br>13 Cherry St.<br>Burlington,VT 05401 |
| Molino, Patricia<br>1406 Florida St.<br>San Francisco CA 94110-4812 | Mollie Watkins<br>48 Chestnut<br>Tereace Newton Center, MA 02459-1660 | Mollion, Krista<br>437 Valley St.<br>San Francisco CA 94131-2234 |
| Moon, Alicia<br>2174 Bush St. Apt 11<br>San Francisco CA 94115-3146 | Mooney, Giannina<br>1295 Birchcrest Ave.<br>Brea, Ca 92821-1808 | Morgan, David<br>931 N Alfred St. Apt 301<br>West Hollywood CA 90069-4774 |
| Murray Noway<br>965 Courtland Ave,<br>San Francisco, CA 94110 | MyWalit<br>12083 B Tech Road<br>Silver Spring, MD 20904-7881 | MyWalit<br>c/o Alacrity Collections Corporation<br>PO Box 586<br>Riva, MD 21140-0586 |
| Nadai, J<br>1675 Arden Way Suit 3456<br>Sacramento, CA 95815 | Nakanishi, Sabine<br>706 Sacramento St. #104<br>San Francisco, Ca 94108-2505 | Nastassia Bachykala<br>500 23 rd. St. , NW<br>Washington, DC 20037-2828 |

| | | |
|---|---|---|
| Nell Helena<br>2905 Van Ness Ave Apt 105<br>San Francisco CA 94109-1021 | Network Solutions<br>12808 Gran Bay Parkway<br>Jackson, FL 32258-4468 | Nodelman, Heather<br>4380 - 26th St.<br>San Francisco CA 94131-1810 |
| Noe, Leigh<br>1640 Fell St.<br>San Francisco CA 94117-2026 | Nouri-Mosa, Sabrina<br>1475 - 10 Ave.<br>San Francisco CA 94122-3602 | Nuccio, Carman<br>4708 - 3rd St.<br>San Francisco CA  94124 |
| Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104-2745 | Oliver, Emily<br>140 Avica St.<br>San Francisco,  Ca 94123-2010 | Ordaliz, Marina<br>734 Bush St. Apt 52<br>San Francisco CA 94108-3407 |
| Osborn, Jacquie<br>1957 Rancho Verde Circle East<br>Danville CA 94526-6219 | Otridge, Kristen<br>1150 Lombard St.#15<br>San Francisco, Ca 94109-9104 | Ottembers Nava<br>1023 West University Ave.<br>Gainesville, FL 32601-5113 |
| Paknawin Nichanart<br>5481 Mt. Diablo Blvd,<br>Lafayette, CA  94549 | Pasco, Kristal<br>3429 Isabel Dr.<br>Los Angeles CA 90065-2609 | Patricia Irvine<br>1717 Marin Ave.<br>Berkeley CA 94707-2214 |
| Paul Freedman<br>1336 Channing Way<br>Berkeley, Ca 94702-2142 | Pearce, Pam<br>26771 Alicantel Dr.<br>Mission Viejo, Ca 92691-5129 | Pelaez, Maria<br>2915 Harper St. Apt C<br>Berkeley CA 94703-2145 |
| Penguin Group USA<br>200 Old Tappan Rd.<br>Old Tappan, NJ 07675-7033 | Perez Vargas, Valerie<br>607 N 16th St<br>San Jose CA 95112-3025 | Pezzano, Maryo<br>5214 Salvio St.<br>Concord, CA 94520 |
| Philip Anson<br>2783 - 34th Ave<br>San Francisco CA 94116-2807 | Phoebe Good<br>1110 Sanchez St.<br>San Francisco, CA 94114-3825 | Powera, Shannon<br>499 Park Ave. 24 th Floor<br>New York, NY 10022-1240 |
| Prashap Viresh<br>46 Wembley Dr,<br>Daly City 94105 | Pucci, Susan<br>142 Otay Ave.<br>San Mateo CA 94403-2840 | Rachel Adams<br>912 Cole St. #126<br>San Francisco, CA 94177-0001 |
| Randlett, Tamsin<br>1489 California St.<br>San Francisco Ca. 94109 | Katherine D. Ray<br>Goldberg, Stinnett, Davis and Linchey<br>44 Montgomery St. #850<br>San Francisco, CA 94104-4895 | Rein, Anne<br>1715 Webster #106<br>San Francisco, Ca 94115-3203 |

| | | |
|---|---|---|
| Renfro, Angie<br>535 Leavenworth St., No 22<br>San Francisco, CA 94109-7560 | Rice, Susana<br>P.O. Box 68<br>Ross, Ca 94957-0068 | Rodriguez, Mariz<br>669 Litho St.<br>Sausalito, CA 94965 |
| Rogers, Donna<br>203 Aragon St.<br>Vallejo CA 94591-7676 | Roost<br>200 Gate Five Road, No. 116<br>Sausalito, CA 94965-1456 | Rosalina Hsia MD.<br>3332 Oyster Bay<br>Davis, CA 95616-2676 |
| Rossy Terry<br>125 Mission Avenue<br>San Rafael, CA 94901 | Rutia Mendi<br>1255 Polk St Apt 56<br>San Francisco CA 94109-5530 | Santiago, Louie<br>3701 Sacramento St. # 147<br>San Francisco, Ca 94118-1705 |
| Sarwana R.<br>1217 Cowles St.#159<br>Fairbank, Alaska 99701 | Sasaki Kyo<br>701 Pine st. #3<br>San Francisco, Ca 94108-3152 | Sasha Ziman<br>4011 Easton way # 301<br>Columbus, OH 43219-6087 |
| Savoire-Faire<br>40 Leveroni Court<br>Novato, CA 94949-5770 | Schreiber, Patricia<br>1274 Filbert St Apt 1<br>San Francisco CA 94109-1714 | Schylling, Inc.<br>P.O. Box 842358<br>Boston, MA 02284-2358 |
| Scocimara, Nadia<br>2188 Green St. #8<br>San Francisco, Ca 94123-4771 | Scott Sarah<br>155 Ripley<br>San Francisco CA 94110-5261 | Sennhauser Eday<br>642 Riviera Circle<br>Larkspur CA 94939-1514 |
| Sherman, Suzette<br>198 Texas St.<br>San Francisco CA 94107-2427 | Shklyar, Irina<br>771 La Playa St Apt 1<br>San Francisco CA 94121-3258 | Slotsky, Judith<br>5934 Fulton St<br>San Francisco CA 94121-3423 |
| Solley, Robert<br>1701 Church St.<br>San Francisco CA 94131-2412 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | State of California<br>Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Sterling Publishing<br>387 Park Avenue South<br>New York, NY 10016-8898 | Steve Shields<br>1425 Fargo Ct.<br>Concern, Ca 94521-2533 | Stevenson, Tim W.<br>880 Hanover Ave.<br>Sunnyvale, CA 94087-1137 |
| Stoll, Craig<br>907 Treat St.<br>San Francisco CA 94110-3327 | Stuart, Debra<br>750 Glenview Dr Apt 203<br>San Bruno CA 94066-3702 | Su Iman<br>289 Bogart St.<br>Brooklyn, NY 11206 |

| | | |
|---|---|---|
| Sundt, Chris<br>639 A. Lighthouse Ave.<br>Monterey, Ca 93940-1007 | Susan Eben<br>9 Quail Rdg.<br>Kentfield CA 94904-2623 | Susan Yates<br>71 Stoddart Dr.<br>Hamlyn Heights Vic 3215 Canada |
| Suzanne Wash<br>489 Parnassus Ave,<br>San Francisco, CA 94113 | TT Globe Trotter USA, LLC<br>418 Sutter Street<br>San Francisco, CA 94108-3918 | Tai William<br>225 Hanna Way<br>Menlo Park, Ca 94025-3583 |
| Tatar Harord<br>10895 Bartlett Drive,<br>Grass Valley CA. 95945 | Teasley, Thomas<br>75-189 Hualalai Rd.<br>Kailua-Kona HI 96740 | Thomson, Rebecca<br>940 Edinburgh St.<br>San Mateo CA 94402-2354 |
| Tom Barrett<br>45 Rosewood Dr.<br>San Francisco CA 94127-2011 | Tooley, Sarah<br>1311 Montgomery St.<br>San Francisco CA 94133-3521 | Trandafir, Chantal<br>531 Bellerve Ave. East # 208<br>Seattle, WA 98102-6825 |
| Turner, David<br>796 Font Blvd #213<br>San Francisco, Ca 94132-1715 | Tuttle, John<br>1650 Jackson St. Apt.501<br>San Francisco CA 94109-3030 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | Valerie Showa<br>2715 Cabrillo Street, Apt 106<br>San Francisco, CA 94121-3550 | Victoria Rock<br>821 Head St.<br>San Francisco CA 94132-2813 |
| William Carolyn<br>2537 Carisbrook Ct.<br>Hayward CA 94542-1203 | Wilson, Marcy<br>311 Wavery St. # 3<br>Menlo Park, CA 94025-3536 | Andrea A. Wirum<br>P.O. Box 1108<br>Lafayette, CA 94549-1108 |
| Wong, Nancy<br>225 - 20th Ave<br>San Francisco CA 94121-2202 | Woo, Edmund<br>1040 Montgomery St.,<br>San Francisco, Ca 94133-4542 | Wu, Stephanie<br>263 Lakeshore Dr.<br>San Francisco CA 94132-1119 |
| Wyatt Peter<br>1402 Chestnut St Apt. 4<br>San Francisco CA 94123-3163 | Yamini Mouna<br>2520 Catalpa Way.<br>San Bruno, CA 94066-1906 | Yee, Sylvia<br>78 Cook St #A<br>San Francisco CA 94118-3311 |
| Yellow Owl Workshop<br>650 Florida Street, Unit E<br>San Francisco, CA 94110-8204 | Yuan Soo<br>150 Francisco St.<br>San Francisco CA 94133-2068 | Yuck, Andrew<br>2301 Brodway St.<br>San Francisco, Ca 94115-1286 |

| | | |
|---|---|---|
| Zasadzinski, Ronald<br>117 E Mountain Ave Suite 222<br>Fort Collins, CO 80524-2863 | Zhena, Connie<br>830 Hyde St.<br>San Francisco, Ca 94109-5965 | Zukovsky, Lisa<br>2341 - 43 rd Ave.<br>San Francisco, CA 94116 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn Special Procedures Section MIC:55
P.O. Box 942879
Sacramento, CA  94279-0001

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Blaylock John<br>2001 Crow Canyon Rd. Suite 100<br>San Ramon, CA 94583 | End of Label Matrix<br>Mailable recipients   302<br>Bypassed recipients     0<br>Total                 302 |