Andrew C. McLaughlin, III
Thomas O. McLaughlin
CYMAN PARTNERSHIP
P. O. Box 29031
San Francisco, California 94129-0031
Telephone: (415) 669-1703

FILED
AUG 20 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

TT Globe Trotter USA, LLC dba Karikter,
aka TT Globe Trotter USA, LLC a Wyoming
Limited Liability Company,

           Debtor.

Case No. 14-31073

Chapter 7

REQUEST FOR PAYMENT OF
ADMINISTRATIVE EXPENSE

    Creditor CYMAN PARTNERSHIP, lessor of the debtor, submits the following request for payment of administrative expense.

    1.    Debtor: TT Globe Trotter USA, LLC dba Karikter, aka TT Globe Trotter USA, LLC a Wyoming Limited Liability Company.

    2.    Creditor: Cyman Partnership.

    3.    Amount Requested: $2,500.00.

    4.    Address for notices: CYMAN PARTNERSHIP, P. O. Box 29031, San Francisco, California 94129-0031. Copy to: PIONEER LAW GROUP, LLP, 1122 S Street, Sacramento, California 95811.

    5.    Type of expense and brief description of basis for claim: Partial Post-Petition Administrative Rent as agreed with Trustee's counsel.

    6.    Date or period expense occurred: July 18, 2014 – August 12, 2014.

7. Credits and Setoffs. The amount of all payments on this administrative claim has been credited for making this request. The creditor making this request has deducted all amounts, if any, that the creditor owes to the debtor.

8. Supporting Documents: Attached hereto as Exhibit "A" is a copy of the electronic mail from Dennis Davis, Attorney for Andrea Wirum, Trustee in Bankruptcy for TT GlobeTrotter LLC dated July 21, 2014, authorizing such payment.

DATE: August 6, 2014      CYMAN PARTNERSHIP

By: _____
THOMAS O. McLAUGHLIN

2

Request for Payment of Administrative Expense
Case: 14-31073   Doc# 21   Filed: 08/20/14   Entered: 08/21/14 11:32:26   Page 2 of 4

# EXHIBIT A

From: ddavis@gsdllaw.com
To: mclaughlinthomas@msn.com
CC: trustee@wirum.com
Date: Mon, 21 Jul 2014 16:03:26 -0700
Subject: TT GlobeTrotter LLC bankruptcy

Mr. Mclaughlin:

This will confirm our agreement relating to the premises rented by the debtor at 418 Sutter Street, San Francisco (the "Subject Premises"). I represent Andrea Wirum, Trustee in bankruptcy for TT GlobeTrotter LLC. You and your brother Andy comprise Cyman Partnership, the owner of the Subject Premises. I understand that the debtor is delinquent on rent and that you served a 3 day notice to quit on debtor on the same day it filed its bankruptcy petition. We have agreed as follows:

  You will allow the Trustee to conduct a liquidation sale of the debtor's inventory and other personal property on the Subject Premises;
  The Subject Property will be turned over to you on August 11, 2014, although we may still have access on August 11 to remove the balance of any property not sold during the sale which will run through August 10;
  You will not be required to seek relief from stay or proceed in state court to obtain possession—we will turn over possession on August 11;
  In the meantime, we will cooperate with you prior to August 11 in providing access for you to show the property to brokers or take other preliminary steps to begin reletting the property;
  You will be given a post-petition administrative rent claim in the sum of $2,500 for the use of the Subject Premises after the filing date; and
  This does not alter in any way your right to file a claim in the bankruptcy for the balance of your claim.

Please share this will your brother and confirm that these terms are acceptable.

Dennis Davis
Goldberg, Stinnett, Davis & Linchey
44 Montgomery Street, Suite 850
San Francisco, CA 94104
(415) 362-5045